UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF KINGS

GPS and Timestamp: 40.71358538333333, -74.01022030000001
1631199228091

**Plaintiff / Petitioner:**
TREVOR HOOVER ET AL

**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**

Index No:
20-CV-4783

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at County of Nassau. That on Thu, Sep 09 2021 AT 10:53 AM AT 100 Church Street, NEW YORK, NY 10007 deponent served the within summons and verified complaint and notice of commencement by electronic filing along with HOOVER, LAFAUCI AND WALSH 160.50 RELEASES, LAFAUCI GOODMAN AND ER MEDICAL AUTHORIZATIONS AND WALSH URGENT CARE AND ORTHO MEDICAL AUTHORIZATIONS on THE CITY OF NEW YORK

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[X] **Corporation/Entity:** THE CITY OF NEW YORK a defendant, therein named, by delivering a true copy of each to Betty Mazyck personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Clerk thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence/workplace, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.

[ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 60   Ethnicity: African American   Gender: Female   Weight: 190
Height: 5'5"   Hair: Black   Eyes: Brown   Relationship: Clerk
Other

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on this 12th day of September 2021

Mitchell Raider
1450036

Notary Public

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-2024