

**GEORGIA PESTANA**
*Corporation Counsel*

# THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**OMAR J. SIDDIQI**
*Senior Counsel*
Tel.: (212) 356-2345
Fax: (212) 356-3509
osiddiqi@law.nyc.gov

January 4, 2022

**VIA ECF**
Honorable James R. Cho
United States Magistrate Judge
United States District Court
Eastern District of New York

  Re: <u>Trevor Hoover, et al. v. City of New York, et al.,</u> 21-CV-4783 (EK) (JRC)

Your Honor:

  I am a Senior Counsel in the Office of Georgia Pestana, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above referenced matter. Defendants write to respectfully request that the Court remove Defendants' Answer at Docket Number 23 from the Docket Sheet.

  By way of background, defendants filed their Answer in this matter on December 28, 2022. Today defense counsel became aware for the first time that he had inadvertently included an internal review note in that filing. Today, defendants filed an Amended Answer to the Complaint, removing the internal note, at Docket Number 25. Defendants respectfully request that the Answer, at Docket Number 23, be removed from the Docket, and that the Amended Answer, at Docket Number 25, be considered Defendants' operative Answer in this matter.

  Defendants thank the Court for its consideration and attention to this matter.

               Respectfully submitted,
               /s
               *Omar J. Siddiqi*
               *Senior Counsel*

cc: Remy Green, Gideon Oliver, Elena Cohen, Jessica Massimi (By ECF)
   *Attorneys for Plaintiff*