AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |
|---|---|
| *Plaintiff(s)* <br> v. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____      _____
*Signature of Clerk or Deputy Clerk*

<u>**Summons Rider For Parties Added in First Amended Complaint**</u>

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

The City Of New York; Mayor Bill de Blasio; New York City Police Department ("NYPD") Commissioner Dermot Shea; NYPD Chief Of Department Terence Monahan; NYPD Officer Edward Lam; NYPD Officer David Freund; NYPD Officer R. Velez; NYPD Officer Steve Silverstein; NYPD Sergeant Alexander Bustamante, and NYPD Members John And Jane Does 1-16 And 18-28