AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Trevor Hoover, Connor Walsh, and David LaFauci

*Plaintiff(s)*

v.

See attached rider.

*Defendant(s)*

Civil Action No. 1:21-cv-04783-EK-JRC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sergeant Alexander Bustamante
Strategic Response Group 1
524 W 42nd St
New York, NY 10036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Remy Green
Cohen&Green P.L.L.C.
1639 Centre St., Suite 216
Ridgewood, NY 11385
Remy@FemmeLaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 3/11/2022

BRENNA B. MAHONEY
*CLERK OF COURT*

s/Tiffeny Lee-Harris

*Signature of Clerk or Deputy Clerk*

<u>Summons Rider For Parties Added in First Amended Complaint</u>

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

The City Of New York; Mayor Bill de Blasio; New York City Police Department ("NYPD") Commissioner Dermot Shea; NYPD Chief Of Department Terence Monahan; NYPD Officer Edward Lam; NYPD Officer David Freund; NYPD Officer R. Velez; NYPD Officer Steve Silverstein; NYPD Sergeant Alexander Bustamante, and NYPD Members John And Jane Does 1-16 And 18-28