

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>L**AW** D**EPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **OMAR J. SIDDIQI**<br>Senior Counsel<br>phone: (212) 356-2345<br>fax: (212) 356-1148<br>email: osiddiqi@law.nyc.gov |

May 9, 2022

**VIA ECF**
Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York

      Re:    <u>Hoover, et al. v. City of New York, et al.</u>, 21-CV-4783 (EK)(JRC)

Your Honor:

      I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above referenced matter. The parties write jointly to respectfully request that the Court adjourn the settlement conference currently scheduled for May 24, 2022 to June 16, 2022 at 2:00 p.m[1].

      The reason for the instant request is that defense counsel requires additional time to consult with his clients to obtain settlement authority prior to the settlement conference in this case. Defense counsel has been reviewing the materials provided by plaintiffs, and further, was out of the office for several days at the end of April for the end of Ramadan. The additional time will allow defendants to appear at the conference with the ability to negotiate in good faith.

      For the reasons set forth above, the parties now jointly request that the Court adjourn the settlement conference to June 16, 2022 at 2:00 p.m.

                                Respectfully submitted,

                                  */s/ Omar J. Siddiqi*
                                Omar J. Siddiqi
                                Senior Counsel

cc: Remy Green, Esq. (By ECF)

---

[1] The parties consulted with the Court's Deputy who stated that this date and time are currently open on the Court's calendar.