

| | **T**HE **C**ITY OF **N**EW **Y**ORK | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX** | **LAW DEPARTMENT** | **OMAR J. SIDDIQI** |
| *Corporation Counsel* | 100 CHURCH STREET<br>NEW YORK, NY 10007 | *Senior Counsel*<br>Phone: (212) 356-2345<br>Fax: (212) 356-3558<br>Email: osiddiqi@law.nyc.gov |

August 23, 2022

**VIA ECF**
Honorable James R. Cho
United States Magistrate Judge
United States District Court
Eastern District of New York

  Re: <u>Trevor Hoover, et al., v. City of New York et al.</u>, 21-CV-4783 (ERK) (JRC)

Your Honor:

  I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to the above-referenced matter. The parties write to respectfully request that the Court adjourn the conference currently scheduled for August 25, 2022 by twenty-one (21) days, or to another date amenable to the Court.

  The reason for the instant request is that counsel is continuing to engage in settlement negotiation and would like additional time to confer prior to setting a discovery schedule.

  In light of the foregoing, the parties respectfully request that the August 25th conference be adjourned by 21 days or to another date amenable to the Court.

  Defendants thank the Court for its consideration of the instant request.

            Respectfully submitted,
            */s/ Omar Javed Siddiqi*
            Omar Javed Siddiqi
            *Senior Counsel*

cc: Remy Green, Esq. (by ECF)