

September 19, 2022

Hon. James R. Cho, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

By Electronic Filing.

    Re:    <u>Hoover v. City of New York</u>, Case No. 21-cv-04783-EK-JRC

Dear Judge Cho:

    I am co-counsel for Plaintiffs in the above-captioned matter. I write to request an adjournment of the conference the Court currently has set for tomorrow (September 20) at 11:00 a.m. *See* Aug. 24, 2022 Minute Order. This is the second such request (the first was granted), and all parties consent.

    This request does not independently affect any deadline in the case, but as the Court likely recalls, this is a conference to place the case back on the discovery track following a series of settlement conferences, during which the Court encouraged Plaintiffs not to press forward on discovery issues — and should settlement not ultimately prove successful, then the fact that Plaintiffs have not been moving discovery forward will likely result in the need to ask for bigger-picture adjournments.

    This extension is necessary because counsel for Defendants has conflicting obligations, and the parties continue to discuss settlement — which may obviate the need to move forward in discovery. The parties are available (1) Wednesday, September 21, any time in the afternoon; or Monday, September 26, either between 11:00 a.m. and noon, or any time after 2:00 p.m.

    As always, I thank the Court for its time and attention to this matter.

        Respectfully submitted,

        /s/
        _____

        J. Remy Green
           *Honorific/Pronouns: Mx., they/their/them*
        **COHEN&GREEN P.L.L.C.**
        *Attorneys for Plaintiff*
        1639 Centre St., Suite 216
        Ridgewood, New York 11385

cc:
All relevant parties by ECF.