

November 4, 2022

Hon. James R. Cho, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

<u>By Electronic Filing.</u>

    Re:    <u>Hoover v. City of New York</u>, Case No. 21-cv-04783-EK-JRC

Dear Judge Cho:

    As the Court likely recalls, I am co-counsel for Plaintiffs in the above-captioned matter.

    I write jointly with Defendants to let the Court know the parties have reached a settlement in principle but have not been able to hammer out the exact terms yet. There is currently a status conference on the calendar for next week, but this settlement obviously obviates the need for that conference.

    Given that, we believe it would be appropriate for the Court to cancel that conference, mark the case disposed, and set a control date of 30 days from today to file a final settlement or move to reopen.

    As always, we thank the Court for its time and attention to this matter.

                                                    Respectfully submitted,

                                                  /s/
                                           _____
                                           J. Remy Green
                                                *Honorific/Pronouns: Mx., they/their/them*
                                           **COHEN&GREEN P.L.L.C.**
                                           *Attorneys for Plaintiffs*
                                           1639 Centre St., Suite 216
                                         Ridgewood, New York 11385

cc:
All relevant parties by ECF.