UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

TREVOR HOOVER, CONNOR WALSH, AND DAVID LAFAUCI,,

                                                          Plaintiffs,

-against-

THE CITY OF NEW YORK; MAYOR BILL DE BLASIO; NEW YORK CITY POLICE DEPARTMENT ("NYPD") COMMISSIONER DERMOT SHEA; NYPD CHIEF OF DEPARTMENT TERENCE MONAHAN; NYPD OFFICER EDWARD LAM; NYPD OFFICER DAVID FREUND; NYPD OFFICER R. VELEZ; NYPD OFFICER STEVE SILVERSTEIN; AND NYPD MEMBERS JOHN AND JANE DOES 1-35.,

                                                          Defendant.
------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

20CV4783 (ERK)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

       1.    The above-referenced action is hereby dismissed with prejudice; and

2.      Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       November 18    , 2022

| | |
|---|---|
| COHEN & GREEN P.L.L.C. <br> *Attorneys for Plaintiffs* <br> 1639 Centre Street Suite 216 <br> Ridgewood NY 11385 <br><br> By: _____ <br> Remy Green <br> *Attorney for Plaintiffs* | HON. SYLVIA O. HINDS-RADIX <br> Corporation Counsel of the <br>     City of New York <br> *Attorney for Defendants City of New York,* <br>     *Shea, De Blasio, Monahan, Freund, Lam,* <br>     *and Velez* <br> 100 Church Street, 3rd Floor <br> New York, New York 10007 <br><br> By: ___Mary O Flynn___ 12/2/22 <br> Omar Siddiqi / Mary O'Flynn <br> *Senior Counsel* <br><br> SO ORDERED: <br><br> _____ <br> HON. ERIC R. KOMITEE <br> UNITED STATES DISTRICT JUDGE <br><br> Dated: _____, 2022 |