UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

TREVOR HOOVER, et al.

                                           Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.

                                           Defendants.

------------------------------------------------------------------------ x

**STIPULATION AND ORDER OF PARTIAL VOLUNTARY DISMISSAL**

21-cv-4783 (EK)

**IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for all Plaintiffs, and counsel for the Defendants that, consistent with the settlement in this matter, and NYPD SERGEANT ALEXANDER BUSTAMANTE having been omitted from that settlement in error, that all claims against Defendant Bustamante are dismissed with prejudice.

[SIGNATURES ON FOLLOWING PAGE]

1

Dated: New York, New York
       December 15, 2022

| | |
|---|---|
| COHEN&GREEN P.L.L.C.<br>*Attorneys for Plaintiffs*<br>1639 Centre St., Suite 216<br>Ridgewood, NY 11385 | Hon. Sylvia O. Hinds-Radix<br>Corporation Counsel of the<br>   City of New York<br>*Attorney for Defendants*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By: _____/s/_____<br>    Remy Green<br>    *Attorney for Plaintiffs* | By: _[signature]_____<br>    Omar J. Siddiqi/Mary O'Flynn<br>    *Senior Counsel* |

SO ORDERED:

_____
HON. ERIC R. KOMITEE
UNITED STATES DISTRICT JUDGE

Dated: _____, 2022

2